# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Srinivasan, Srikanth | 2. Court or Organization<br><br>U.S. Court of Appeals for the District of Columbia Circuit | 3. Date of Report<br><br>6/4/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Court of Appeals Judge - Active | **5a. Report Type (check appropriate type)**<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>to<br>12/31/2020 |

**7. Chambers or Office Address**

E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Avenue, NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law | Georgetown University Law Center |
| 2. Trustee/Grantor | Trust #1 |
| 3. Adviser | American Law Institute |
| 4. Member | Edward Coke Appellate Inn of Court |
| 5. Committee Member | National Academies of Sciences, Engineering and Medicine |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | Georgetown University Law Center - Teaching in 2021 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/4/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Georgetown University Law Center - Teaching Income | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Asian American Bar Association of New York | February 26-27, 2020 | New York, NY | Annual Gala (award recipient) | Transportation, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/4/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/4/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brinker Destinations IRA (H) | | | | | | | | | |
| 2. - Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 3. - Destinations Large Cap Equity (DLCFX) | D | Dividend | N | T | Sold (part) | 01/28/20 | J | A | |
| 4. | | | | | Sold (part) | 05/05/20 | J | A | |
| 5. | | | | | Sold (part) | 07/14/20 | J | A | |
| 6. - Destinations Small Mid Cap Equity (DSMFX) | B | Dividend | L | T | Sold (part) | 05/05/20 | J | | |
| 7. | | | | | Sold (part) | 07/14/20 | J | A | |
| 8. - Destinations International Equity (DIEFX) | A | Dividend | M | T | Buy (add'l) | 01/28/20 | J | | |
| 9. | | | | | Sold (part) | 05/05/20 | J | A | |
| 10. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 11. - Destinations Equity Income (DGEFX) | A | Dividend | J | T | Sold (part) | 01/28/20 | J | A | |
| 12. | | | | | Sold (part) | 05/05/20 | J | | |
| 13. | | | | | Sold (part) | 07/14/20 | J | | |
| 14. - Destinations Multi Strategy (DMSFX) | A | Dividend | K | T | Buy (add'l) | 05/05/20 | J | | |
| 15. - Destinations Core Fixed Income (DCFFX) | B | Dividend | L | T | Buy (add'l) | 03/17/20 | J | | |
| 16. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 17. - Destinations Low Duration Fixed Income (DLDFX) | A | Dividend | J | T | Buy (add'l) | 05/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Destinations Global Fixed Income (DGFFX) | A | Dividend | K | T | Sold (part) | 01/28/20 | J | | |
| 19. | | | | | Sold (part) | 03/17/20 | J | | |
| 20. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 21. | | | | | Sold (part) | 11/10/20 | J | | |
| 22. Trust #1 - Brinker Destinations Brokerage Account (H) | | | | | | | | | |
| 23. - Fidelity 500 Index (FXAIX) | A | Dividend | | | Sold (part) | 03/17/20 | J | A | |
| 24. | | | | | Sold (part) | 05/05/20 | J | A | |
| 25. | | | | | Sold | 07/14/20 | J | B | |
| 26. - Delaware Value (DDVIX) | A | Dividend | | | Sold (part) | 03/17/20 | J | B | |
| 27. | | | | | Sold | 11/10/20 | K | C | |
| 28. - T. Rowe Price Growth Stock Advisor (TRSAX) | | None | | | Sold (part) | 03/17/20 | J | B | |
| 29. | | | | | Sold (part) | 05/05/20 | J | B | |
| 30. | | | | | Sold | 11/10/20 | K | D | |
| 31. - Fidelity Cash Reserves (FCASH) | A | Dividend | J | T | | | | | |
| 32. - Destinations Multi Strategy (DMSFX) | A | Dividend | K | T | | | | | |
| 33. - Destinations Core Fixed Income (DCFFX) | A | Dividend | K | T | Buy (add'l) | 03/17/20 | J | | |
| 34. | | | | | Buy (add'l) | 05/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/4/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 36.  - Destinations Low Duration Fixed Income (DLDFX) | A | Dividend | J | T | Buy (add'l) | 05/05/20 | J | | |
| 37.  - Destinations Global Fixed Income (DGFFX) | A | Dividend | K | T | Sold (part) | 11/10/20 | J | | |
| 38.  - Destinations Municipal Fixed Income (DMFFX) | C | Dividend | M | T | Sold (part) | 01/28/20 | J | A | |
| 39. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 40. | | | | | Sold (part) | 05/05/20 | J | A | |
| 41. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 42.  - Destinations Large Cap Equity (DLCFX) | C | Dividend | M | T | Buy (add'l) | 01/28/20 | J | | |
| 43. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 44. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 45. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 46. | | | | | Buy (add'l) | 11/10/20 | L | | |
| 47.  - Destinations Small Mid Cap Eq (DSMFX) | A | Dividend | K | T | Sold (part) | 11/10/20 | J | B | |
| 48.  - Destinations Intl Equity Fd (DIEFX) | A | Dividend | L | T | Sold (part) | 11/10/20 | J | A | |
| 49.  - Destinations Equity Income Fd (DGEFX) | A | Dividend | J | T | Sold (part) | 11/10/20 | J | | |
| 50. American Funds Roth IRA (H) | | | | | | | | | |
| 51.  - American Funds AMCAP (AMCPX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/4/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - American Funds New World (NEWFX) | A | Dividend | J | T | | | | | |
| 53. - American Funds Small Cap World (SMCWX) | A | Dividend | J | T | | | | | |
| 54. - American Funds Capital World Growth & Income (CWGIX) | A | Dividend | J | T | | | | | |
| 55. - American Funds Washington Mutual (AWSHX) | A | Dividend | J | T | | | | | |
| 56. - American Funds Income Fund of America (AMECX) | A | Dividend | J | T | | | | | |
| 57. Wells Fargo Cash Account (H) | A | Interest | L | T | | | | | |
| 58. Citibank Cash Account (H) | A | Interest | J | T | | | | | |
| 59. American Funds College Savings Plan (529) #1 (H) | | | | | | | | | |
| 60. - College 2021 Fund-529F2 (FCACX) | D | Dividend | M | T | | | | | |
| 61. - College 2024 Fund-529F2 (FACRX) | D | Dividend | M | T | | | | | |
| 62. - AF U.S. Money Market-529F2 (FFFXX) | A | Dividend | M | T | Distributed (part) | 06/23/20 | J | | |
| 63. | | | | | Distributed (part) | 06/23/20 | J | | |
| 64. American Funds College Savings Plan (529) #2 (H) | | | | | | | | | |
| 65. - College 2021 Fund 529F2 (FCACX) | D | Dividend | M | T | | | | | |
| 66. - College 2024 Fund 529F2 (FACRX) | D | Dividend | M | T | | | | | |
| 67. - AF U.S. Government Money Market 529F2 (FFFXX) | A | Dividend | M | T | Distributed (part) | 06/23/20 | J | | |
| 68. | | | | | Distributed (part) | 06/23/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/4/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Preservation Portfolio-529F2 (FPPPX) | A | Dividend | J | T | | | | | |
| 70. Mass Mutual Variable Life Insurance Policy (H) | | | | | | | | | |
| 71. - Mass Mutual VUL Guard Guaranteed Account | B | Interest | L | T | Buy (add'l) | 08/18/20 | J | | |
| 72. - Deutsche Small Cap Index | | None | K | T | Buy (add'l) | 08/18/20 | J | | |
| 73. - Mass Mutual VUL Guard Small Cap Equity | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (Investments and Trusts):

The ticker symbol for Delaware Value Fund (line 26) changed from DDVAX to DDVIX. The new ticker symbol is used in this report.
The ticker symbol for Destinations Large Cap Equity (line 42) was entered incorrectly in last year's report. The correct ticker symbol is used in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Srikanth Srinivasan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544